THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLARENCE CLIFFORD, Defendant-Appellant.

(No. 72-3;

Third District—September 27, 1972.

PER CURIAM.

Bruce Stratton, of Defender Project, of Ottawa, for appellant.

Bernard L. Oltman, State's Attorney, of Pekin, for the People.

ELBERT AUSTIN, Plaintiff-Appellant, *v.* THE CITY OF EAST MOLINE BOARD OF FIRE AND POLICE COMMISSIONERS *et al.*, Defendants-Appellees.

(No. 72-72;

Third District—September 27, 1972.